**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ORVILLE TOOTHMAN** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:15-CV-542-O** |
| | § | |
| **UNITED STATS OF AMERICA** | § | |
| | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58,

it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims are **DISMISSED** for

lack of prosecution, without prejudice to their being refiled.  *See* Fed. R. Civ. P. 41(b). All costs of

court are taxed against the party who incurred them.

SIGNED this **3rd day** of **September, 2015.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**